IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 4:10CR3039 |
| V. | ) ) | |
| AARON REGAN, | ) ) | ORDER |
| Defendant. | ) ) ) | |

IT IS ORDERED that the defendant's motion for extension of time to file objections to PSI and motion for deviation (filing 46) is granted. The defendant's objection and motion for deviation are due on or before April 19, 2011.

DATED this 15th day of April, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge