IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3039 |
| | ) | |
| V. | ) | |
| | ) | |
| AARON REGAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that the defendant's motion to continue (filing 50) is granted. The defendant's objections and motion to deviate are due on or before April 25, 2011. The undersigned's tentative findings will be filed on or about April 26, 2011.

    DATED this 20th day of April, 2011.

                                            BY THE COURT:

                                            *Richard G. Kopf*
                                            United States District Judge